STATE OF NORTH CAROLINA v. CASUAL BIANCA LYONS

No. 239A99

(Filed 5 November 1999)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 133 N.C. App. 192, —— S.E.2d —— (1999), affirming an order entered on 12 September 1996 by Jones (Abraham Penn), J., in Superior Court, Wake County, denying defendant's motion to suppress evidence. Heard in the Supreme Court 11 October 1999.

*Michael F. Easley, Attorney General, by William P. Hart, Special Deputy Attorney General, for the State.*

*Lemuel W. Hinton for defendant-appellant.*

PER CURIAM.

AFFIRMED.